**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SANLUO QIN, ET AL.,**<br><br>              Plaintiffs,<br><br>       v.<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**,<br><br>              Defendant. | Case No.  4:20-cv-09264-YGR<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 5 |

Having considered defendant Pillsbury Winthrop Shaw Pittman LLP's ("Pillsbury") motion to compel arbitration, all relevant briefing, and the lack of any opposition from plaintiffs Sanluo Qin and Bin Ma thereto, and for good cause shown therein, it is:

**HEREBY ORDERED** that Pillsbury's motion to compel arbitration is **GRANTED**; and this action is **HEREBY DISMISSED**.

The Clerk of the Court is directed to close this case.

This Order terminates Docket Number 5.

**IT IS SO ORDERED.**

Dated: January 14, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**